UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CRISTOFOLETTI; CAROLINE HATCHETT; ANTHONY LATUJA; and DEAN NICOSIA,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TRANSFORM SR, LLC; TRANSFORM SR BRANDS MANAGEMENT, LLC,<br><br>　　　　　　　　　Defendants. | No. 24-MC-166 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　The Court grants Plaintiffs' application to transfer to the Northern District of Illinois their motion to compel the subpoena served on third party LG Electronics, U.S.A., Inc., to which LG Electronics consents. Under Federal Rule of Civil Procedure 45(f), a court "may transfer a [subpoena-related motion] under this rule to the issuing court if the person subject to the subpoena consents." Additionally, given "the complexity of the underlying action" and the fact that the court in the Northern District of Illinois has already decided a number of complex discovery motions in the underlying action, transfer of the motion "best serve[s]" "the interest of justice and judicial efficiency." *Roswell Park Comprehensive Cancer Ctr. v. Grand'Maison*, No. 23-mc-243, 2024 WL 21935, at *2 (S.D.N.Y. Jan. 2, 2024) (internal quotation marks omitted).

　　Plaintiffs' motion to compel the subpoena served on LG Electronics is hereby transferred to the Northern District of Illinois. The Clerk of Court is respectfully directed to close the motion pending at ECF No. 1 and to close this case.

SO ORDERED.

Dated:　April 22, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge